CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RW

DEC 13 2010

JULIA C. DUDLEY, CLERK
BY: HMcDonead
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH RENARD HARRIS,<br>Petitioner, | Civil Action No. 7:10-cv-00391 |
| v. | **FINAL ORDER** |
| GENE JOHNSON,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; a Certificate of Appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 13th day of December, 2010.

Senior United States District Judge